**Arvie THACKER, Appellant,**

v.

**Montward JUSTICE and Joan Justice, Appellees.**

Court of Appeals of Kentucky.

Jan. 11, 1974.

Appeal from Pike Circuit Court; James B. Stephenson, Judge.

Burke & Justice, Pikeville, for appellant.

Charles E. Lowe, Sr., Lowe & Lowe, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**CEMENT TRANSPORT, INC., Appellant,**

v.

**Earl HODGES, Appellee.**

Court of Appeals of Kentucky.

Jan. 11, 1974.

Appeal from Jefferson Circuit Common Pleas Branch—First Division Court; Richard A. Revell, Judge.

Charles F. Wood, Louisville, for appellant.

Robert J. Beale, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner DON A. WARD, Affirming.*

\* Opinion ordered not to be published.